**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **BORDELON, ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-8089** |
| **STATE FARM FIRE & CASUALTY CO.** | **SECTION: "M"** |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action is hereby dismissed without costs, but without prejudice to the right upon good cause shown, to seek summary judgment enforcing the compromise.

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this 22nd day of JUNE, 2007

_____
**UNITED STATES DISTRICT JUDGE**